AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:25-cv-11520**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Fact Finders Group, Inc. c/o**
was recieved by me on **9/27/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kenneth M. Webb, Srl.**, who is designated by law to accept service of process on behalf of **Fact Finders Group, Inc. c/o** at **4747 Lincoln Mall Dr Ste 300, Matteson, IL 60443** on **10/03/2025 at 11:44 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 67.84** for services, for a total of **$ 67.84**.

I declare under penalty of perjury that this information is true.

Date: 10/03/2025

*Server's signature*

**Erik Daniel**
*Printed name and title*

**227 W. Monroe Street**
**Suite 2117**
**Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT, to Kenneth M. Webb, Srl., REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired black male contact over 65 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with glasses.**



Tracking #: **0189226022**

