## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the SEIU Local 1 & Participating Employers Health Trust, et al.

Plaintiff,

v.

Case No.: 1:25−cv−11520

Honorable Edmond E. Chang

Fact Finders Group, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 11, and the return of service, R. 10, the response to the complaint is due on 10/24/2025. If the Defendant does not respond on time, then the Defendant is declared to be in default, and the Plaintiffs shall file a motion for default judgment in a sum certain by 11/07/2025. The tracking status hearing of 10/31/2025 is reset to 11/14/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report by 11/07/2025, or else the Plaintiffs shall file a status report on their own. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.