# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST, and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, | Case No.: 25 C 11520 |
| Plaintiffs, | Honorable Edmond E. Chang |
| v. | Magistrate Judge Fuentes |
| FACT FINDERS GROUP, INC., | |
| Defendant. | |

## NOTICE OF UNOPPOSED MOTION

**PLEASE TAKE NOTICE** that on Monday, November 10, 2025 at 8:30 a.m., or as soon thereafter as counsel may be heard, Defendant's undersigned attorney will appear before the Honorable Edmond E. Chang, Judge of the United States District Court for the Northern District of Illinois, located at 219 South Dearborn Street, Courtroom 2341, Chicago, Illinois, or such other Judge as may be sitting in his stead, and present *Defendant's Unopposed Motion to Vacate Default Order and for Leave to File Answer to Plaintiffs' Complaint.*

Respectfully submitted,

**FACT FINDERS GROUP, INC.**

.

By: /s/ Kathleen M. Cahill
One of Defendant's Attorneys

Todd A. Miller
Kathleen M. Cahill
ALLOCCO, MILLER & CAHILL, P.C.
*Counsel for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606-2384
Phone No. (312) 675-4325

**CERTIFICATE OF SERVICE**

I, Kathleen Cahill, one of the attorneys for Defendant, certifies that on November 3, 2025, I caused the foregoing *Notice of Unopposed Motion and Unopposed Motion to Vacate Default Order and for Leave to File Answer to Plaintiffs' Complaint* to be filed electronically. This filing was served electronically by the Court's CM/ECF system on all parties listed on the electronic filing receipt.

/s/Kathleen M. Cahill
One of Defendant's Attorneys

Todd A. Miller
Kathleen M. Cahill
ALLOCCO, MILLER & CAHILL, P.C.
*Counsel for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606-2384
Phone No. (312) 675-4325
tam@alloccomiller.com
kmc@alloccomiller.com