UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Trustees of the SEIU Local 1 & Participating
Employers Health Trust, et al.

Plaintiff,

v.

Case No.:
1:25−cv−11520

Honorable Edmond E. Chang

Fact Finders Group, Inc.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

MINUTE entry before the Honorable Edmond E. Chang: The Defendant's unopposed motion to vacate default [15] is granted. The default is vacated. The answer to the complaint is due by 11/12/2025. The tracking status hearing of 11/10/2025 is reset to 11/28/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report by 11/21/2025. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.