THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST, and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> FACT FINDERS GROUP, INC., <br><br> Defendant. | Case No. 25-cv-11520 |

## JOINT STATUS REPORT

NOW COME Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST and Defendant FACT FINDERS GROUP, INC., by and through their undersigned attorneys, and provides this Court with a joint status report as follows:

1. **The Nature of the Case**

    a. **Attorneys of Record**

    i. **For Plaintiffs:**

    Catherine K. Humphrey
    Matthew J. Pierce (Lead Trial Attorney)
    Asher, Gittler & D'Alba, Ltd.
    200 W. Jackson Blvd., Suite 720
    Chicago, IL 60606
    (312) 263-1500
    ckh@ulaw.com; mjp@ulaw.com

1

      ii.    **For Defendant:**

> Kathleen M. Cahill
> Todd Miller (Lead Trial Attorney)
> Allocco, Miller & Cahill, P.C.
> 20 N. Wacker Drive, Suite 3517
> Chicago, Illinois 60606
> 312-288-8220
> kmc@alloccomiller.com; tam@alloccomiller.com

    b.  **Basis for Federal Jurisdiction**

Federal-question jurisdiction exists under 29 U.S.C. §§ 1132(a)(3), 1132(g)(2), and 1145 (ERISA) and 29 U.S.C. § 185 (LMRA). The Funds are administered in Chicago, Illinois, and the alleged delinquencies arose in this District.

    c.  **Nature of the Claims**

Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST ("the Funds") are multiemployer employee welfare benefit plans as defined under Section 3(2) of ERISA, 29 U.S.C. Sec. 1002(2). Plaintiffs allege that Defendant, FACT FINDERS GROUP, INC. ("Fact Finders" or "Defendant") is delinquent for monthly contributions to the Fund. Plaintiffs bring this action under ERISA § 515 to recover delinquent fringe-benefit contributions, liquidated damages, interest, audit fees, attorneys' fees, and costs Plaintiffs claim are owed by Defendant pursuant to its collective-bargaining and trust-agreement obligations

    d.  **Major Legal and Factual Issues**

Defendant was a party to one or more collective bargaining agreements ("CBAs") with one or more locals of the Service Employees International Union ("SEIU" or "Union"), which CBA(s) required contributions to the Funds. Defendant agreed to be bound by the CBAs referred to herein, by the terms of which Defendant was required to contribute to the Funds and submit reports and monthly contributions for its members.

The major legal and factual issues are whether Defendant failed to pay all contributions it was obligated to pay to the Funds, and if so, the amount that Defendant owes to the Funds.

    e.  **Relief Sought**

Plaintiffs seek judgment in the amount of $232,815.70, plus additional contributions, interest, liquidated damages, audit fees, attorneys' fees, and costs accruing during the pendency of the action.

**2. Pending Motions and Case Plan**

    a. Defendant has been served.

    b. No Pending Motions.

    c. Proposed Discovery Plan

        i. If the Parties are not able to settle this case, both written and oral discovery will be needed on the following: fringe benefit reports remitted by Defendant for the relevant time period; payments made for those contributions; the applicable collective bargaining agreement provisions regarding submission of contributions, including the Employer Contribution Collection Policy; and Defendant's business records including invoices, customer lists, employee lists, bank records, insurance policies, articles of organization, and tax records.

        ii. Rule 26(a)(1) disclosures: December 12, 2025.

        iii. Written discovery to be issued by January 12, 2026.

        iv. Fact discovery completion: April 13, 2026.

        v. Expert discovery: not anticipated at this time.

        vi. Deadline to add parties or amend pleadings: December 15, 2025.

        vii. Dispositive motions due May 13, 2026.

    d. No jury demand has been made. The Parties request a bench trial if necessary. Anticipated length of approximately one to three days.

    e. The parties agree to service of pleadings and other papers by electronic means under Federal Rule of Civil Procedure 5(b)(2)(E).

**3. Consent to Proceed Before a Magistrate Judge**

The Parties do not consent to proceed before a magistrate judge.

**4. Status of Settlement Discussions**

    a. Settlement Discussions: None to date. Defendant plans to submit a settlement offer to Plaintiffs by December 1, 2025.

    b. Status: N/A

    c. Settlement Conference: Not requested at this time. Plaintiff and Defendant remain open to settlement discussions directly between the Parties.

Respectfully Submitted By:

| | |
|---|---|
| */s/Catherine Humphrey* | */s/Kathleen Cahill* |
| Counsel for Plaintiffs | Counsel for Defendant |
| Asher, Gittler & D'Alba, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 W Jackson, Suite 720 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 263-1500 | (312) 675-4325 |
| ckh@ulaw.com | kmc@alloccomiller.com |

Dated: November 19, 2025