**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Trustees of the SEIU Local 1 & Participating
Employers Health Trust, et al.

                Plaintiff,

v.                                        Case No.:
                                                                       1:25−cv−11520

                                                                       Honorable Edmond E.
                                                                       Chang

Fact Finders Group, Inc.

                                                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 21, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 19, Rule 26(a)(1) disclosures due 12/12/2025. The first round of written discovery requests must be issued by 01/12/2026. Fact discovery must be completed by 04/13/2026. Civil Rule 16(b)(3)(A) deadline set for 12/15/2026, after which good cause must be shown to add parties or amend pleadings. Alioto v. Town of Lisbon, 651 F.3d 715, 719−20 (7th Cir. 2011). Before that deadline, Rule 15(a)(2) applies. **No summary judgment motion may be filed before the close of fact discovery without prior authorization of the Court.** The tracking status hearing of 11/28/2025 is reset to 01/16/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 01/12/2026, confirming that the discovery deadlines have been met (initial disclosures and the first round of written discovery requests have both been issued). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.