THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST, and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> FACT FINDERS GROUP, INC., <br><br> Defendant. | Case No. 25-cv-11520 |

## JOINT STATUS REPORT

NOW COME Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST and Defendant FACT FINDERS GROUP, INC., by and through their undersigned attorneys, and provides this Court with a joint status report per its November 21, 2025 Minute Entry as follows:

1. As of December 12, 2025, the parties have issued and exchanged Rule 26(a)(1) disclosures; and

2. As of January 12, 2026, the parties have issued and exchanged written discovery requests.

Respectfully submitted,

By: */s/ Catherine Humphrey*
One of Plaintiffs' Attorneys

Catherine Humphrey
IL ARDC#: 6345610
Matthew J. Pierce

1

IL ARDC#: 6326448
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
Phone: (312) 263-1500
ckh@ulaw.com
mjp@ulaw.com


Kathleen M. Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Dr., Suite 3517
Chicago, Illinois 60606
kmc@alloccomiller.com

Dated: January 12, 2026