UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Trustees of the SEIU Local 1 & Participating
Employers Health Trust, et al.

          Plaintiff,

v.

Fact Finders Group, Inc.

          Defendant.

Case No.: 1:25−cv−11520

Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2026:

    MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 22, the parties exchanged initial disclosures on 12/12/2025, and exchanged written discovery requests on 01/12/2026, as ordered in R. 20. The tracking status hearing of 01/16/2026 is reset to 03/20/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a status report by 03/13/2026, detailing the progress of discovery stating the depositions taken so far and the remaining deponents with **confirmed** deposition dates (not just proposed or noticed dates). Any witness who is not on that report will presumptively not be deposed absent good cause (e.g., genuine surprise). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.