THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST, and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 25-cv-11520 |
| v. | )<br>)<br>) |
| FACT FINDERS GROUP, INC., | )<br>) |
| Defendant. | ) |

## JOINT STATUS REPORT

NOW COME Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST and Defendant FACT FINDERS GROUP, INC., by and through their undersigned attorneys, and provides this Court with a joint status report per its January 14, 2026 Minute Entry as follows:

1. As of January 12, 2026, the parties have issued written discovery;

2. Fact discovery is to be completed by April 13, 2026;

3. No depositions have been taken in this case; and

4. There are no confirmed deposition dates in this case.

5. The parties are actively engaged in settlement negotiations. Defendant has made a settlement offer, and Plaintiffs provided a counteroffer on March 12, 2026. The parties are hopeful the matter may be resolved within the next thirty (30) days.

1

6.  The parties respectfully request that the Court set a further status date to report on the progress of settlement discussions.

Respectfully Submitted By:

| | |
|---|---|
| */s/Catherine Humphrey* | */s/Kathleen Cahill* |
| Counsel for Plaintiffs | Counsel for Defendant |
| Asher, Gittler & D'Alba, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 W Jackson, Suite 720 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 263-1500 | (312) 675-4325 |
| ckh@ulaw.com | kmc@alloccomiller.com |

Catherine Humphrey
IL ARDC#: 6345610
Matthew J. Pierce
IL ARDC#: 6326448
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 720
Chicago, Illinois 60606
Phone: (312) 263-1500
ckh@ulaw.com
mjp@ulaw.com

Dated: March 12, 2026