**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Trustees of the SEIU Local 1 & Participating
Employers Health Trust, et al.

                                                    Plaintiff,

v.                                                                    Case No.:
                                                                      1:25−cv−11520
                                                                      Honorable Edmond E.
                                                                      Chang

Fact Finders Group, Inc.

                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 19, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 24, no depositions have been taken and none are confirmed. Under the order of 01/14/2026, R. 23, at this point no depositions shall be taken without prior leave on good cause. The parties are in settlement negotiations. The tracking status hearing of 03/20/2026 is reset to 04/24/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 04/17/2026, which is after the close of discovery. The parties must propose the next steps of the litigation unless a settlement has been agreed on. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.