**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST, and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-11520 |
| v. | ) ) | |
| FACT FINDERS GROUP, INC., | ) ) | |
| Defendant. | ) | |

## JOINT AND AGREED MOTION TO STAY DISCOVERY

NOW COME the parties, Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST (collectively "the Funds") and Defendant FACT FINDERS GROUP, INC. ("Fact Finders"), by and through their undersigned attorneys, and, for their joint and agreed motion to stay discovery, state as follows:

1. On November 21, 2025, this Court entered a scheduling order governing discovery in this matter. (Dkt. 20). Among other deadlines, the Court ordered that fact discovery be completed by April 13, 2026.

2. The Parties have complied with the Court's scheduling order, including exchanging Rule 26(a)(1) disclosures on December 12, 2025 and serving written discovery requests on January 12, 2026.

3. On March 19, 2026, the Court entered a minute order noting that the Parties are engaged in settlement negotiations and that no depositions have been taken. (Dkt. 25).

4. Since at least January 2026, the Parties have engaged in ongoing and productive settlement discussions, including written communications and conferences between counsel. These discussions have progressed to a point where the Parties believe there is a meaningful possibility of resolving all claims in this action without further litigation.

5. The Parties anticipate that proceeding with discovery, particularly document production and depositions, would require substantial time and expense for both sides. In light of the Parties' ongoing settlement efforts, those expenditures may be unnecessary if a resolution is reached.

6. Accordingly, the Parties jointly agree that a temporary stay of discovery will promote judicial economy and conserve the resources of the Parties and the Court while settlement discussions continue.

7. The Parties therefore respectfully request that the Court enter an Order staying all discovery in this matter for a period of sixty (60) days from the date of the Court's Order. The Parties further propose that, within that period, they will either (a) file a status report informing the Court that the case has settled, or (b) submit a joint proposal for revised discovery deadlines.

WHEREFORE, the Parties jointly and respectfully request that the Court grant their joint motion to stay discovery for 60 days, and for any other and further relief that this Court deems just and proper.

Dated:  April 13, 2026

Respectfully submitted,

/s/ Catherine Humphrey
Catherine Humphrey
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Blvd.
Suite 720
Chicago, IL 60606
Phone: 312-263-1500
ckh@ulaw.com
*Counsel for Plaintiffs*

/s/ Kathleen Cahill
Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
Phone : 312-675-4325
kmc@alloccomiller.com
*Counsel for Defendant*