### THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE SEIU LOCAL 1         )
PARTICIPATING EMPLOYERS HEALTH     )
TRUST, and TRUSTEES OF THE SEIU      )
LOCAL 1 & PARTICIPATING EMPLOYERS  )
PENSION TRUST,                           )
                                    )
          Plaintiffs,            )      Case No. 25-cv-11520
                                    )
        v.                     )
                                    )
FACT FINDERS GROUP, INC.,        )
                                    )
          Defendant.          )

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, April 20, 2026 at 8:30 AM, or as soon thereafter as counsel may be heard, Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, and Defendant, FACT FINDERS GROUP, INC., by and through their respective undersigned counsel, shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Parties' Joint and Agreed Motion to Stay Discovery.

The motion requests that the Court enter an Order staying all discovery in this matter for a period of sixty (60) days in light of the Parties' ongoing settlement discussions, and for such other and further relief as this Court deems just and proper.

Dated: April 13, 2026

Respectfully submitted,

/s/ Catherine Humphrey
Catherine Humphrey
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Blvd.
Suite 720
Chicago, IL  60606
Phone: 312-263-1500
ckh@ulaw.com
*Counsel for Plaintiffs*

/s/ Kathleen Cahill
Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Dr., Suite 3517
Chicago, IL 60606
Phone : 312-675-4325
kmc@alloccomiller.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 13, 2026 a true and correct copy of the Notice of Parties' Joint and Agreed Motion to Stay Discovery was filed with the Court by electronic filing via the CM/ECF system, and the same was served upon the parties' counsel of record by the undersigned via the CM/ECF system.

Respectfully Submitted,

By:     */s/ Catherine Humphrey*
Attorney for Plaintiffs

Catherine Humphrey
IL ARDC # 6345610
Matt Pierce
IL ARDC # 6326448
Asher, Gittler & D'Alba, Ltd.
200 W. Jackson Blvd., Suite 720
Chicago, IL 60606
(312) 263-1500 (phone)
(312) 263-1520 (fax)
ckh@ulaw.com
mjp@ulaw.com
*Attorneys for Plaintiff*