# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the SEIU Local 1 & Participating
Employers Health Trust, et al.

                                     Plaintiff,

v.
                                                Case No.:
                                                1:25−cv−11520
                                                  Honorable Edmond E.
                                                Chang

Fact Finders Group, Inc.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 15, 2026:

        MINUTE entry before the Honorable Edmond E. Chang: On review of the parties' motion to stay discovery, the motion [26] is denied. The motion was filed on the day that discovery closed, 04/13/2026, a deadline that was set back on 11/21/2025, R. 20. The parties have not set forth good cause for extending the deadline, referring only generally to settlement negotiations without explaining why those negotiations have taken this long, particularly when viewed in context of the straightforward allegations in the complaint, R. 1. Discovery is now closed. Any summary judgment motion is due by 05/13/2026. If no summary judgment motion is filed, then the Court will set a prompt pretrial conference and trial date. The tracking status hearing of 04/24/2026 is reset to 05/15/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 05/08/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.