**THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST, and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 25-cv-11520 |
| v. | ) ) | |
| FACT FINDERS GROUP, INC., | ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

NOW COME Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST and Defendant FACT FINDERS GROUP, INC., by and through their undersigned attorneys, and pursuant to the Court's April 15, 2026 order [Dkt. 27], submit their Joint Status Report as follows:

1. On April 15, 2026, this Court denied the parties' motion to stay discovery and set a deadline of May 13, 2026 for the parties to file any summary judgment motions. Dkt. 27.

2. Defendant has made a settlement offer that has been tentatively accepted by the Plaintiffs. The parties are in the process of exchanging written settlement agreements and expect the matter will be resolved within the next thirty days.

3. The parties respectfully request that the Court extend the deadline for the parties to file any summary judgment motions by thirty days to June 15, 2026, and that it set a status prior to that date for the parties to report on the progress of the settlement agreement, to be stricken if the Parties file a stipulation to dismiss prior to that date.

Respectfully Submitted By:

| | |
|---|---|
| */s/Catherine Humphrey* | */s/Kathleen Cahill* |
| Counsel for Plaintiffs | Counsel for Defendant |
| Asher, Gittler & D'Alba, Ltd. | Allocco, Miller & Cahill, P.C. |
| 200 W Jackson, Suite 720 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, IL 60606 | Chicago, IL 60606 |
| (312) 263-1500 | (312) 675-4325 |
| ckh@ulaw.com | kmc@alloccomiller.com |

Dated: May 8, 2026