**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Trustees of the SEIU Local 1 & Participating
Employers Health Trust, et al.

                                    Plaintiff,

v.                                         Case No.:
                                         1:25−cv−11520
                                         Honorable Edmond E.
                                         Chang

Fact Finders Group, Inc.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

       MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 28, the request for an extension on summary judgment motions is denied. No concrete details were set forth to explain why settlement negotiations have taken as long as they have and what good cause would otherwise justify an extension. The parties are working on finalizing a settlement in principle. The tracking status hearing of 05/15/2026 is reset to 06/26/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the stipulated dismissal by 06/15/2026, or else a status report by 06/19/2026, providing an estimated length of the trial and trial availability through 11/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.