**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST, and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST, | ) ) ) ) ) | |
| Plaintiffs, | ) | Case No. 25-cv-11520 |
| v. | ) ) ) | |
| FACT FINDERS GROUP, INC., | ) ) | |
| Defendant. | ) | |

**AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**

NOW COME Plaintiffs, TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS HEALTH TRUST ("Health Trust") and TRUSTEES OF THE SEIU LOCAL 1 & PARTICIPATING EMPLOYERS PENSION TRUST ("Pension Trust"; together with Health Trust, "Funds" or "Plaintiffs"), by and through their attorneys, Asher, Gittler, & D'Alba, Ltd., and Defendant, FACT FINDERS GROUP, INC., ("Fact Finders" or "Defendant"; together with Plaintiffs, "Parties"), by and through its attorneys, Allocco, Miller & Cahill, P.C., and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned cause without prejudice, pursuant to agreement between the Parties. Each party shall bear its own costs and fees, except as otherwise provided in the Parties' settlement agreement.

2

Respectfully submitted,                          Respectfully submitted,


*/s/ Catherine Humphrey*                          */s/ Kathleen Cahill*
_____                          _____

Catherine Humphrey                              Kathleen Cahill
Asher, Gittler & D'Alba, Ltd.                   Allocco, Miller & Cahill, P.C.
200 West Jackson Blvd.                           20 N. Wacker Drive
Suite 720                                        Suite 3517
Chicago, IL  60606                               Chicago, IL  60606
Phone: 312-263-1500                              Phone: 312-675-4325
ckh@ulaw.com                                     kmc@alloccomiller.com
*Counsel for Plaintiffs*                          *Counsel for Defendant*

Date:   May 13, 2026                             Date:   May 13, 2026

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she served the foregoing document on all counsel of record via this Court's CM/ECF filing system on May 13, 2026, and that such counsels are all registered e-filers.

*/s/ Catherine Humphrey*

Catherine Humphrey
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Blvd.
Suite 720
Chicago, IL 60606
Phone: 312-263-1500
ckh@ulaw.com
*Counsel for Plaintiffs*